# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D23-2997
LT Case No. 2015-CF-009162-A

—————————————————

DANIEL C. DICKERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Daniel Dickerson, Punta Gorda, pro se.

No Appearance for Appellee.

February 6, 2024

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____